USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*July 23, 2025*

Filed Nathan Ochsner, Clerk of Court

No. **4:25-cr-00399**

USAO Number: 2025R06469
Magistrate Number:

**CRIMINAL INDICTMENT**

Judge: **Rosenthal**

**UNITED STATES of AMERICA**

vs.

**ATTORNEYS:**
NICHOLAS J. GANJEI, USA          (713) 567-9000
CASEY MACDONALD and ANIBAL ALANIZ, AUSAs   (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| RAUL ARMANDO RAMIREZ CORREA, Cts. 2, 6 | ☐ | ☐ |
| CESAR OSKEIBER CABEZAS PACHECO, Ct. 6 | ☐ | ☐ |
| PETER DAVILA NUÑEZ, Ct. 6 | ☐ | ☐ |
| OTIS JOSE RODRIGUEZ GARCIA, Ct. 6 | ☐ | ☐ |
| DANY ENMANUEL ROJAS, Ct. 6 | ☐ | ☐ |
| PEDRO HERNANDEZ DELGADO, Ct. 6 | ☐ | ☐ |
| ARCHERLIN ISMAEL LEON BERVIN, Ct. 6 | ☐ | ☐ |
| JESUS FERNANDEZ YROCONIZ, Ct. 6 | ☐ | ☐ |
| EMBEER GUTIERREZ TERNAWSKY Cts. 3, 5-6 | ☐ | ☐ |
| RAUL ANTONIOICLAROS SARMIENTO, Cts. 4, 7 | ☐ | ☐ |
| LUIS MIGUEL CLAROS SARMIENTO, Ct. 7 | ☐ | ☐ |
| DARWIN MARTINEZ, Ct. 7 | ☐ | ☐ |
| ANDYS LUIS ALVAREZ HERRERA, Ct. 7 | ☐ | ☐ |
| LUIS MIGUEL VASQUEZ SUMOSA, Ct. 7 | ☐ | ☐ |
| CESAR MAURICIO VELASQUEZ, Ct. 7 | ☐ | ☐ |
| JOSE MIGUEL BRICEÑO, Ct. 1 | | |

**CHARGE:**

Ct. 1: Possession of Ammunition by a Prohibited Person [18 U.S.C. § 922(g)(9), 924(a)(8) and 2]

Cts. 2-4: Dealing in Firearms Without a License [18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) and 2]

**(TOTAL)**

Ct. 5: Illegal Possession of a Machine Gun [18 U.S.C. § 922(o)(1), 924(a)(2) and 2]

**(COUNTS:)**

Cts. 6-7: Conspiracy to Possess with Intent to Distribute a Controlled Substance [21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A)]

**( 7 )**

**PENALTY:**

Ct. 1: Up to 15 years imprisonment; up to $250,000 fine; not more than 3 year SRT; and a $100 special assessment.
Cts. 2-4: Up to 5 years imprisonment, up to $250,000 fine; not more than 3 year SRT; and a $100 special assessment.
Ct. 5: Up to 10 years imprisonment; fine up to $250,000; not more than 3 year SRT; and a $100 special assessment.
Cts. 6-7: Not less than 10 years and up to life in prison; fine not to exceed $10,000,000; SRT of at lease 5 years; $100 special assessment.

☒ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☒ No Arrest

**PROCEEDINGS:**