**<u>SENTENCE DATA SHEET</u>**

**DEFENDANT:**  Jose Miguel Briceno

**CRIMINAL NO:** 4:25-0399-16

**GUILTY PLEA:** Count One –POSSESSION OF AMMUNITION BY A PROHITIBTED PERSON
18 U.S.C. § 922(g)(9) and 924(a)(8)

**SUBSTANCE OF PLEA AGREEMENT:**  Pursuant to Rule 11(c)(1)(A) and (B) the Defendant will plead guilty to Count One and waive his right to appeal and collaterally attack his conviction and sentence.

The Government will not oppose the defendant's request he receive a two (2) level reduction off his sentencing guideline offense level for acceptance of responsibility, and that he receive an additional one (1) level reduction off his sentencing guideline offense level for the timeliness of his guilty plea.

If the Defendant seeks to provide cooperation, the government and Defendant understand and agree that whether such a motion is filed will be determined solely by the United States through the United States Attorney for the Southern District of Texas.   Should the Defendant's cooperation, in the sole judgment and discretion of the United States, amount to "substantial assistance," the United States reserves the sole right to file a § 5K1.1 motion.

**ELEMENTS:** 1.    That the defendant knowingly and unlawfully possessed ammunition;

2.    At the time he possessed the ammunition, the defendant had been previously convicted of a misdemeanor crime of domestic violence;

3.  That the victim of the misdemeanor crime of domestic violence was in a domestic relationship with the defendant;

4.  That that the defendant knew he defendant had been previously convicted of a misdemeanor crime of domestic violence;

5.  That at some time before the defendant possessed the ammunition, the ammunition was in interstate or foreign commerce; that is, it had traveled at some time from one state to another.

**PENALTY:** Imprisonment for not more than 15 years, a fine of not more than $250,000.00, not more than 3 years supervised release, and special assessment of $100.00.

**SENTENCING GUIDELINES:** Advisory

**SUPERVISED RELEASE:** Maximum three years supervised release(18 U.S.C. 3583); if the defendant violates the conditions of release, then the defendant may be imprisoned for a year without credit for time already served on the term of supervised release (18 U.S.C. 3583(e)(3))

**SPECIAL ASSESSMENT:** $100

**CITIZENSHIP:** Venezuelan